# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Lisa Saxton, <br><br> Plaintiff(s), <br><br> v. <br><br> Alejandro Mayorkas, <br><br> Defendant(s). | Case No. 19 CV 1544 <br> Judge Sharon Johnson Coleman |

## ORDER

Jury trial held. Jury deliberations begun. Jury verdict returned in favor of defendant Alejandro Mayorkas and against the plaintiff Lisa Saxton. Trial ends-Jury. Civil case terminated.

Date: 11/8/2023

/s/Sharon Johnson Coleman
Sharon Johnson Coleman
U.S. District Court Judge

(T:04:25)